UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIDGET BECKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:16-cv-0004 JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Motion for Equal Access to Justice Act Fees (*see* Dkt. 17). Defendant has no objection to plaintiff's motion (*see* Dkt. 19).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion (*see* Dkt. 17), the attorney declarations and time itemization (Dkt. 17, Attachments 1, 3, 4), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $2,203.41 shall be

1  awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521,
2  2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).
3    The Acting Commissioner shall contact the Department of Treasury after the Order for
4  EAJA fees is entered to determine if the EAJA fees are subject to any offset.  If it is determined
5  that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the
6  Treasury's Offset Program, then the check for EAJA fees shall be made payable to Matthew T.
7  Russell, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Fee
8  Contract – Federal Court – SSI/SSDI, Dkt. 18).  If there is an offset, the remainder shall be made
9  payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No.
10 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel,
11 Matthew T. Russell, Esq., at Russell & Hill, PLLC, 3811-A Broadway, Everett, WA 98201.
12   Dated this 27th day of October, 2016.

                                                                                         J. Richard Creatura
                                                                                         United States Magistrate Judge